IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE WAWA, INC.<br>DATA SECURITY LITIGATION | : : : : : : : : : : : | CIVIL ACTION<br><br><br><br>No. 19-6019<br>and all related cases |

ORDER

AND NOW, this 18th day of May, 2020, upon consideration of the Court's intent to conduct oral argument on the appointment of lead counsel on **June 11, 2020 at 10:30 a.m.**, and discuss preliminary scheduling and procedural matters in this litigation, it is **ORDERED** that:

1) Defendants shall file a response to the Amended Stipulated Consensus Application to Appoint Interim Co-Lead Class Counsel on behalf of all Financial Institution Plaintiffs (Doc. No. 105) by June 3, 2020.

2) Counsel are expected to familiarize themselves with the Manual for Complex Litigation, and be prepared at the hearing to suggest procedures that will facilitate the expeditious, economical, and just resolution of this litigation. Counsel shall be prepared to address the filing of consolidated class action complaint(s) and schedules for initial motion practice and discovery. By June 3, 2020, all parties shall file a joint submission setting forth their proposals on these matters.

3) All filings made pursuant to this Order shall be filed on the lead case docket, Civil Action No. 19-6019.

It is **ORDERED** that the Clerk of Court shall place this Order on the dockets of all related actions marked with the Civil Action flag "19-6019-GEKP."

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE